1  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
2  THOMAS E. FRANKOVICH (State Bar No. 074414)
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   MARSHALL LOSKOT, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual, ) | **CASE NO. 2:09-CV-02234-JAM-DAD** |
| Plaintiff, ) | **STIPULATION TO CONTINUE FED. R. CIV. P. 26 (f) MEET AND CONFER AND JOINT STATUS REPORT DEADLINE; AND ORDER THEREON** |
| v. ) | |
| CASA RAMOS RESTAURANT; RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS, an individual dba Casa Ramos Mexican Restaurant, ) | |
| Defendants. ) | |

Plaintiff MARSHALL LOSKOT and Defendants RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS, an individual dba Casa Ramos Mexican Restaurant, by and through their respective counsel, respectfully request and stipulate, as follows:

1.    WHEREAS, defendants RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS, an individual dba Casa Ramos Mexican Restaurant have responded to plaintiff's complaint;

2.    WHEREAS, plaintiff's counsel, Thomas E. Frankovich is on a paid vacation out of the country November 19, 2009 through December 6, 2009;

///

///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**    1

3. WHEREAS, due to calendaring and scheduling conflicts, the parties have not been able to meet and confer pursuant to Fed. R. Civ. P. 26(a) nor prepare the Joint Status Report as ordered by the Court;

4. THEREFORE, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action last day to meet and confer and timely file the Joint Status Report be continued up to and including December 10, 2009.

Respectfully submitted,

Dated: November 23, 2009        THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*


                                By: ___/s/ Thomas E. Frankovich____
                                    THOMAS E. FRANKOVICH
                                Attorneys for Plaintiff MARSHALL LOSKOT, an individual

Dated: November 23, 2009        MARC B. KOENIGSBERG,
                                **GREEN TRAURIG, LLP**


                                By:___ /s/ Marc B. Koenigsberg_____
                                Attorneys for Defendants  RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS

## ORDER

**IT IS SO ORDERED** that the last day for the parties to meet and confer and/or otherwise file their Joint Status Report is continued up to and including December 10, 2009.

Dated: November 24, 2009        /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                    United States District Judge