THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiff MARSHALL LOSKOT, an individual ;

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual;<br>    Plaintiff,<br><br>v.<br><br>CASA RAMOS RESTAURANT; RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS, an individual dba Casa Ramos Mexican Restaurant,<br>,<br><br>    Defendants.<br>_____ | **CASE NO. 2:09-CV-2234-JAM-DAD**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
                                                    **CASE NO. 2:09- CV-2234-JAM-DAD**

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 4, 2011    THOMAS E. FRANKOVICH
                          *A PROFESSIONAL LAW CORPORATION*


                          By: /s/ *Thomas E. Frankovich*
                              Thomas E. Frankovich
                              Attorney for Plaintiff MARSHALL LOSKOT, an individual


Dated: October 4, 2011    MARC B. KOENIGSBERG
                          GREENBERG TRAURIG LLP


                          By: /s/ *Marc B. Koeingsberg*
                              Marc B. Koenigsberg
                              Attorneys for Defendants' RAMOS HOLDINGS LLC; and MARCO ANTONIO RAMOS, an individual dba Casa Ramos Mexican Restaurant

### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated:   October 5, 2011


                          /s/ John A. Mendez
                          Honorable John A. Mendez
                          UNITED STATE DISTRICT COURT JUDGE